Submitted on appellant's brief September 19, affirmed without opinion September 28, 1972

CORRIGAN, *Respondent, v.* CORRIGAN
(No. 360-781), *Appellant.*

501 P2d 71

Charles R. Harvey, Portland, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.